IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBOY,<br><br>          Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA ET AL,<br><br>          Defendant.<br>                                          / | No. C 11-03357 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 3, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 3, 2012.

DESIGNATION OF EXPERTS: 10/1/12 ; REBUTTAL: 10/12/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 2, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by August 10, 2012;

    Opp. Due August 24, 2012 ; Reply Due August 31, 2012;

    and set for hearing no later than September 14, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 20, 2012 at 3:30 PM.

JURY TRIAL DATE: December 3, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall produce initial disclosures by 12/2/11.
An ADR procedure will be assigned at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/7/11

                                            SUSAN ILLSTON
                                            United States District Judge