# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| JASON LAMBOY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>　　　　Defendant.<br>_____ / | No. C 11-3357 SI<br><br>**ORDER RE: TELEPHONIC MEDIATION**<br><br>Date:　　　　May 24, 2012<br>Evaluator:　　Linda McPharlin |

IT IS HEREBY ORDERED that the request to excuse the defendant California Department of Corrections and Rehabilitation's staff counsel, Robert Gaultney, from personal attendance at the May 24, 2012, mediation session before Linda McPharlin is GRANTED. Mr. Gaultney shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

May 18, 2012　　　　　　　　　　　By: _____
Dated



GRANTED
Donna Ryu
United States Magistrate Judge
Judge Donna M. Ryu