1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

7
8
9
10

JASON LAMBOY,
        Plaintiff,

No. C 11-3357 SI

11

v.

12

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
        Defendant.

**ORDER RE: TELEPHONIC MEDIATION**

13
14

/

Date:        May 24, 2012
Evaluator:   Linda McPharlin

15
16
17
18
19
20

     IT IS HEREBY ORDERED that the request to excuse the defendant California Department of Corrections and Rehabilitation's staff counsel, Robert Gaultney, from personal attendance at the May 24, 2012, mediation session before Linda McPharlin is GRANTED. Mr. Gaultney shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

     IT IS SO ORDERED.

21
22
23

May 18, 2012

By:

24

Dated

GRANTED

Donna Ryu
United States Magistrate Judge
Judge Donna Ryu

25
26
27
28

UNITED STATES DISTRICT COURT
For the Northern District of California