1  **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  **MANOLO H. OLASO (SBN 195629)**
   1010 F Street, Suite 200
3  Sacramento, California 95814
   Telephone: (916) 444-5557
4  Fax: (916) 444-5558
   E-mail: jgriffin@johnnygriffinlaw.com
5  E-mail: molaso@johnnygriffinlaw.com

6  Attorneys for JASON LAMBOY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON LAMBOY, an individual, | Case No.: C 11-03357 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| STATE OF CALIFORNIA; DEPARTMENT OF CORRECTIONS AND REHABILITATION, a State of California agency; CALIFORNIA STATE PRISON AT SAN QUENTIN, a State of California agency; and DOES 1 through 50, inclusive, | Before the Honorable District Judge Susan Illston |
| Defendants. | |

It is hereby stipulated by all parties, through their counsel whose signatures appear below, that the hearing on Defendant DEPARTMENT OF CORRECTIONS AND REHABILITATION'S motion for summary judgment shall be continued from September 28, 2012 to October 12, 2012 at 9:00 a.m. in Courtroom 10, 19th Floor, San Francisco before the Honorable Susan Illston. The reason for the continuance is that plaintiff's counsel is unavailable on September 28, 2012 due to previously scheduled litigation matters in other federal cases.

Respectfully submitted,

Dated: September 11, 2012          LAW OFFICES OF JOHNNY L. GRIFFIN, III,

/s/ MANOLO OLASO
By: Manolo Olaso
Attorneys for Plaintiff JASON LAMBOY

Dated: September 11, 2012          ATTORNEY GENERAL OF CALIFORNIA

/s/ JENNIFER PERKELL
By: Jennifer Perkell
Deputy Attorney General
Attorneys for Defendants
(e-signature expressly authorized on 09/12/2012)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September ___11___, 2012          _____
                                         JUDGE SUSAN ILLSTON
                                         United States District Court Judge

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Stipulation and Order re: Hearing on CDCR's motion for summary judgment
C 11-03357 SI

2