UNITED STATES DISTRICT COURT<br>For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| JASON LAMBOY, | No. C 11-3357 SI (LB) |
| Plaintiff, | **AMENDED ORDER RESETTING SETTLEMENT CONFERENCE** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |
| _____/ | |

Based on the interplay of the timing of the settlement conference with the summary judgment hearing that now has been reset to October 12, 2012, the court vacates the settlement conference currently set for Tuesday, September 25, 2012, and resets it for **November 1, 2012, at 2:00 p.m.** Parties should submit an updated settlement conference statement a week before the conference and may elect one of two approaches: (1) a statement with only new information or (2) a replacement settlement conference statement with a notation on page one that it replaces the previously-submitted statement. The statement may be submitted by email to the court's orders box at lbpo@cand.uscourts.gov if that is easier for counsel. The settlement conference statements should be submitted after the summary judgment order is issued. If there are issues about timing, counsel may arrange different times by sending an email to the orders box or calling chambers at 415-522-4660. Finally, after the summary judgment order is issued, and as required by this court's settlement conference order, Plaintiff shall make a new demand to Defendant within 48 hours, and Defendant

shall respond within 48 hours. Defendant shall email the demand/response bracket to the court by noon two business days before the settlement conference.

**IT IS SO ORDERED.**

Dated: October 1, 2012

_____
LAUREL BEELER
United States Magistrate Judge